USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/7/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE DAVIS, *as Grandparent and Natural Guardian of O.C.*,

Plaintiffs,

v.

RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

No. 19-CV-8369 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiffs' motion for a preliminary injunction is hereby stayed in light of the fact that the New York City Department of Education will fund O.C.'s placement at iBRAIN pending Judge Torres's decision on the merits in *Y.D. v. Carranza, et al.*, 19-CV-10123. Within one week of Judge Torres's decision, the parties shall confer and submit a joint letter proposing next steps including but not limited to: (1) the parties' respective views on the effect of Judge Torres's decision on the merits of this action, (2) the parties' respective views on whether any supplemental briefing is necessary on Plaintiffs' motion for a preliminary injunction, and (3) a proposed briefing schedule for any motion for attorneys' fees.

SO ORDERED.

Dated: January 7, 2020
New York, New York

Ronnie Abrams
United States District Judge