USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YVONNE DAVIS, *as Grandparent and Natural Guardian of O.C.*,

                Plaintiffs,

            v.

RICHARD CARRANZA, *in his official capacity as Chancellor of the New York City Department of Education*, NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendants.

No. 19-CV-8369 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On September 9, 2019, Plaintiffs moved for a preliminary injunction requiring Defendant the New York City Department of Education ("DOE") to fund O.C.'s tuition at the International Institute for the Brain ("iBRAIN") for the 2019-2020 school year pending resolution of their underlying due process complaint against DOE. On January 7, 2020, the Court stayed that motion in light of the fact that DOE will fund O.C.'s placement at iBRAIN pending Judge Torres's decision on the merits in *Y.D. v. Carranza, et al.*, 19-CV-10123. Dkt. 39. The Court directed the parties to submit a joint letter, within one week of Judge Torres's decision in that action, that proposes next steps.

    On March 15, 2021, Judge Torres granted Defendants' motion for summary judgment, and found that Plaintiffs had not demonstrated that the Defendants violated O.Cs' right to a free and appropriate public education. 19-cv-10123, Dkt. 28. The parties have not since provided the Court with an update. By no later than April 27, 2021, the parties shall file a letter with the Court that contains the information requested in the

January 7, 2020 order, including but not limited to the parties' respective views on the effect of that decision on the merits of this action, and whether this case is now moot.

SO ORDERED.

Dated: April 13, 2021
       New York, New York

Ronnie Abrams
United States District Judge